UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Assuan Daniel Vizcaino        Case No.: 21-20384-LMI-
                                     Chapter 13


_____Debtor(s)_____/

OBJECTION TO CLAIM ON SHORTENED NOTICE
*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 6 | Fifth Third Bank | 7,219.43 |

Basis for Objection and Recommended Disposition

On or about 11/19/2021, Creditor filed a secured proof of claim in the amount of 7,219.43 for a claim on 2017 Honda Civic/account ending in xxxxx0131.
The debtor surrendered the 2017 Honda Civic to the lien hold about a year ago. Debtor requests the claim be allowed as filed without distribution from the chapter 13 trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  January 6, 2022         Respectfully Submitted:
                                Robert Sanchez, P.A.
                                355 West 49th Street
                                Hialeah, FL 33012
                                Fl. Bar No. 0442161
                                Telephone: (305) 687-8008
                                E-Mail: court@bankruptcyclinic.com