UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In  re: Assuan  Daniel Vizcaino                  Case No.: 2120384-LMI
                                                 Chapter 13

                    Debtor(s).
_____/

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of the Fifth Third Bank and Notice of Hearing was sent to all parties on the attached service list on January 6, 2022.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

First Class Mail:

Debtor(s), Assuan Daniel Vizcaino;
96 E 14th Street
Hialeah, FL 33010-3542

Fifth Third Bank
Attn:Bankruptcy
Maildrop RCSB3E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Bonial & Associat, P.C.
c/o Alexander Deegan

POB 9013
Addison, TX 75001

Fifth Third Bank, NA.
POB 9013
Addison, TX 9013

Fifth Third Bank
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
By:*/s/ Robert Sanchez, Esq.* FBN#0442161
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008