UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Assuan Daniel Vizcaino          Case No.: 2120384-LMI
                                                           Chapter 13
         Debtor(s).
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Continuing Objection to Claim of the Fifth Third Bank was sent to all parties on the attached service list on February 8, 2022.

Electronically & Mailed: Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027

First Class Mail:

Debtor(s), Assuan Daniel Vizcaino;
96 E 14th Street
Hialeah, FL 33010-3542

Fifth Third Bank, NA.
POB 9013
Addison, TX 9013

Fifth Third Bank
Attn:Bankruptcy
Maildrop RCSB3E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Fifth Third Bank
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Bonial & Associate, P.C.
c/o Alexander Deegan
POB 9013
Addison, TX 75001

Via Certified Mail

Fifth Third Bank
c/o Greg D. Carmichael
38 Fountain Square Plaza
Cincinnati, OH 45263

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
By:*/s/ Robert Sanchez, Esq.* FBN#0442161
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008